UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNE WITTMANN** | * | **CIVIL ACTION NO.:  17-09501** |
| | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| **UNUM LIFE INSURANCE** | * | **MAGISTRATE JUDGE JOSEPH** |
| **COMPANY OF AMERICA** | * | **C. WILKINSON, JR.** |
| *    *    *    *    *    *    * | * | *    *    *    *    *    * |

**UNUM'S MOTION FOR PARTIAL SUMMARY JUDGMENT DECLARING THAT PLAINTIFF'S POST-LITIGATION ADMINISTRATIVE APPEAL IS PART OF THE ADMINISTRATIVE RECORD, OR IN THE ALTERNATIVE, FOR JUDGMENT DISMISSING PLAINTIFF'S CASE WITH PREJUDICE FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

MAY IT PLEASE THE COURT, defendant, Unum Life Insurance Company of America ("Unum"), respectfully moves this Honorable Court to grant its Motion for Partial Summary Judgment Declaring that Plaintiff's Post-Litigation Administrative Appeal Is Part of the Administrative Record, or in the Alternative, for Judgment Dismissing Plaintiff's Case with Prejudice for Failure to Exhaust Administrative Remedies for the reasons set forth in the attached Memorandum in Support.

*Signature and Certificate of Service, Next Page*

Respectfully Submitted,

s/ Lauren A. Welch_____
LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO, HARDY
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, Louisiana 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail: lwelch@mcsalaw.com
*Attorneys for Defendant, Unum Life Insurance Company of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/ Lauren A. Welch_____
LAUREN A. WELCH