UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNE WITTMANN** | * | **CIVIL ACTION NO.:  17-09501** |
| | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| **UNUM LIFE INSURANCE** | * | **MAGISTRATE JUDGE JOSEPH** |
| **COMPANY OF AMERICA** | * | **C. WILKINSON, JR.** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### UNUM'S MOTION FOR SUMMARY JUDGMENT ON THE ADMINISTRATIVE RECORD

MAY IT PLEASE THE COURT, defendant, Unum Life Insurance Company of America ("Unum"), respectfully moves this Honorable Court to grant its *Motion for Summary Judgment on the Administrative Record* for the reasons set forth in the attached Memorandum in Support.

Respectfully Submitted,

s/ Lauren A. Welch_____
LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO, HARDY
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, Louisiana 70112
Telephone:  (504) 831-0946
Facsimile:  (800) 977-8810
E-mail:  lwelch@mcsalaw.com
*Attorneys for Defendant, Unum Life Insurance Company of America*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2018 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                          s/ Lauren A. Welch_____
                                          LAUREN A. WELCH