# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE WITTMANN | CIVIL ACTION |
| VERSUS | NUMBER: 17-9501 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | SECTION: "F"2 |

## J U D G M E N T

In accordance with the Court's Order and Reasons granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment, record document no. 140; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant UNUM Life Insurance Company of America and against plaintiff Anne Wittmann, DISMISSING plaintiff's complaint with prejudice.

New Orleans, Louisiana, this __28th__ day of February 2019.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE