## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANNE WITTMANN,** | **CIVIL ACTION NO.: 17-CV-9501** |
| **Plaintiff,** | |
| **VERSUS** | **JUDGE MARTIN L.C. FELDMAN** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | **MAGISTRATE JOSEPH C. WILKINSON, JR.** |
| **Defendant.** | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Anne Wittmann hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (R. Doc. 141) entered in the above-named case on February 28, 2019, as well as the Reasons therefore (R. Doc. 140), dated February 21, 2019, in accordance with 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4.

Respectfully submitted,

_____/s/ Rachel W. Wisdom_____
Rachel W. Wisdom, T.A., La. Bar Roll No. 21167
Kathryn M. Knight, La. Bar Roll No. 28641
Walter F. Metzinger III, La. Bar Roll No. 37799
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Phone: (504) 581-3200
Facsimile: (504) 581-3361
Email: rwisdom@stonepigman.com
      kknight@stonepigman.com
      fmetzinger@stonepigman.com

*Attorneys for Anne Wittmann*

## <u>C E R T I F I C A T E</u>

I hereby certify that a copy of the foregoing *Notice of Appeal* was filed electronically with the Clerk of Court using the CM/ECF system this 1st day of April, 2019. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Rachel W. Wisdom*