IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30254

_____

D.C. Docket No. 2:17-CV-9501

United States Court of Appeals
Fifth Circuit

**FILED**

December 6, 2019

Lyle W. Cayce
Clerk

ANNE WITTMANN,

　　　　Plaintiff - Appellant

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

　　　　Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana

Before KING, JONES, and DENNIS, Circuit Judges.

J U D G M E N T

　　　　This cause was considered on the record on appeal and the briefs on file.

　　　　It is ordered and adjudged that the judgment of the District Court is affirmed.

　　　　IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.